UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACKIE CUMMINGS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                 /

Case No. 09-11814

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [11]**

This matter comes before the Court on the Magistrate Judge's April 15, 2010 Report and Recommendation [11]. Being fully advised in the premises and having reviewed the record and the pleadings, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation. Defendant's motion for summary judgment is GRANTED, Plaintiff's motion for summary judgment is DENIED and this case is DISMISSED.

    SO ORDERED.

                                              s/NANCY G. EDMUNDS
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: July 12, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 12, 2010, by electronic and/or ordinary mail.

                                              s/Carol A. Hemeyer
                                              Case Manager